UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BART STOVER, | ) | CASE NO. 1:06-cv-2664 |
| | ) | (Criminal No. 1:04-cr-298) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **JUDGMENT ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is Petitioner Bart Stover's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed pursuant to 28 U.S.C. § 2255. (ECF No. 1).

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry, and in accordance with Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED and DECREED that the Petitioner's Motion is **DENIED**, and the above-captioned case is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dan Aaron Polster
United States District Judge